To: Clerk of Courts  12-29-22

I am writing request why the BOP is not honoring the sentencing that was handed by Honorable Judge Biggs. She sentenced me to 60 months but made it a split sentence. She had 21 months to run concurrent with the 21 months that I was serving at the time and then 39 months. The 21 months that was concurrent, I completed in November of 2019. I am currently 37 months into the 39 month sentence, but the BOP, and my case workers tells me that I go to the halfway house in May for 6 months or be release in November 2023. May is 3 months past my 39 months that I must complete, and November is 9 months past the 39 months. It seems the BOP does not respect the sentencing orders that are handed down by federal judges. Please, remedy this blatant and disregard for fair sentencing and respect of the federal judge's decision. This is truly violation of my 8th Admendmant right guaranteed in the Bill of Rights of the U.S. Constitution.

Judge Biggs must be acknowledge of this disregard of her authoratative ruling and contact the BOP of this matter. Thank You.

Respectfully,
Richard Lee Griffith