IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RICHARD LEE GRIFFITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:23CV62 |
| ) | |
| BOP, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on January 24, 2023, was served on the parties in this action. (ECF Nos. 2, 3.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is filed and **DISMISSED** *sua sponte* without prejudice to Petitioner filing on the proper forms and in the proper district after exhausting any available administrative remedies.

This, the 21st day of February 2023.

/s/ Loretta C. Biggs
United States District Judge